IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| Summit Industrial Supply, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>   v.<br><br>Triple Crown Consulting, LLC, an Ohio limited liability company,<br><br>      Defendant. | Case No. 1:20-cv-00385<br><br>JUDGE BLACK<br><br>*ORDER GRANTING SUMMIT INDUSTRIAL SUPPLY, LLC'S RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS* |

This matter comes before the Court on Plaintiff Summit Industrial Supply, LLC's ("Summit") Renewed Motion for Attorneys' Fees and Costs. Having considered Plaintiff's Motion and documents submitted by the parties, the Motion is hereby **GRANTED**.

1. Summit's Request for $53,582.50 for attorneys' fees is **GRANTED**. Triple Crown Consulting, LLC **SHALL** pay $53,582.50 in attorneys' fees to Summit.

2. Summit's Request for $2,215.25 in costs is **GRANTED**. Triple Crown Consulting, LLC **SHALL** pay $2,215.25 in costs to Summit.

IT IS SO ORDERED

DATED this __29th__ day of __March__, 2022.

_____
UNITED STATES DISTRICT JUDGE